**Meadowdale Shopping Center, Inc., an Illinois Corporation, Plaintiff-Appellant, v. Meadowdale Lanes, Inc., an Illinois Corporation, Meadowdale Lanes, an Illinois Limited Partnership, Joseph J. Abbell, Individually and as General Partner of Meadowdale Lanes, an Illinois Limited Partnership, and Leonard Lamensdorf, Individually and as a General Partner of Meadowdale Lanes, an Illinois Limited Partnership, Defendants-Appellees.**

**Gen. No. 67–12. (Abstract of Decision.)**

Second District.
November 29, 1967.

Harrick, Vette, McNeill and McElroy, Ray W. Fick, Jr., and James Howie, of Chicago, and Brittain, Morgan, Brittain and Ketcham, of Elgin, for appellant; Samuel Morgan, of Chicago, and Carbary, Carbary and Chapski, of Elgin, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.